UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LUIS CANCIO,**

    Plaintiff,                                           **CASE NO.:  8:16-cv-03321-CEH-TBM**

v.

**BEARINGTON HOLDINGS LLC.**
**d/b/a NO COMPROMISE GAMING,**

    Defendant.
_____/

<u>NOTICE OF PENDING SETTLEMENT</u>

Plaintiff, Luis Cancio, by and through undersigned counsel, hereby files this Notice of Pending Settlement.  By submission of this Notice, submitting counsel represents that this matter has settled in principal subject to final documentation and respectfully requests that any scheduled hearings be removed from the Court's calendar.

Dated:  January 23, 2017                                  Respectfully Submitted,

                                                                              **CENTRONE & SHRADER, PLLC**
                                                                              612 W. Bay Street
                                                                              Tampa, FL 33606

                                                                              <u>/s/ Brian L. Shrader</u>
                                                                              **BRIAN L. SHRADER, ESQ.**
                                                                              Florida Bar No.: 57251
                                                                              e-mail: bshrader@centroneshrader.com
                                                                              **GUS M. CENTRONE, ESQ.**
                                                                              Florida Bar No.: 30151
                                                                              e-mail: gcentrone@centroneshrader.com
                                                                              **PAMELA N. WESTFALL, ESQ.**
                                                                              Florida Bar No.: 106230
                                                                              e-mail: pwestfall@centroneshrader.com
                                                                              Attorneys for Plaintiff

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 23, 2017, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida Tampa Division, for filing and uploading to the CM/ECF system.

                                 /s/ Brian L. Shrader
                                 **Attorney**