UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS CANCIO,

    Plaintiff,

v.                                Case No: 8:16-cv-3321-T-36TBM

BEARINGTON HOLDINGS LLC,

    Defendant.
_____/

**O R D E R**

Before the Court is the Notice of Voluntary Dismissal with Prejudice (Doc. 12). In accord with the Notice of Voluntary Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Notice of Voluntary Dismissal with Prejudice is **APPROVED** (Doc. 12).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on January 31, 2017.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record